GEORGE J. GOULD et al., as Executors and Trustees under the Will of JAY GOULD, Deceased, Respondents, v. GEORGE J. GOULD et al., Appellants, and FRANK J. GOULD et al., Respondents.

*Appeal — motions to withdraw appeals granted.*

Reported below, 203 App. Div. 807.

(Submitted February 18, 1924; decided February 19, 1924.)

MOTIONS to withdraw appeals from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1922, which affirmed an order of Special Term removing George J. Gould as trustee under the will of Jay Gould, deceased.

The motions were made upon the ground that the said George J. Gould had died and no one had been substituted in his place as a party to the action.

*Charles A. Roberts, William M. Parke* and *Harold A. Content* for motion.

No one opposed.

Motion in each case granted on payment of one bill of costs.